Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

*Attorneys for Defendant*
*Firstline Environmental Solutions, LLC dba*
*Ten West Environmental Solutions*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

CODY JAMES HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; MERSADIE NICOLE HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; JESSIE NICOLE HARDY, a minor child, by and through her parent and guardian, MERSADIE NICOLE HARDY; CRUE JAMES HARDY, a minor child, by and through his parent and guardian, MERSADIE NICOLE HARDY; HARPER LYNN HARDY, a minor child, by and through her parent and guardian MERSADIE NICOLE HARDY; HR SERVICES LLC, a Nevada limited liability company; HR TRANSPORTATION LLC, a Nevada limited liability company; FIRSTLINE ENVIRONMENTAL SOLUTIONS, LLC, dba TEN WEST ENVIRONMENTAL SOLUTIONS, an Arizona limited liability company; LUDOVIC FLEAN GUIRO, an individual; and DOES 1-10,,

Defendants.

Case No. 2:26-cv-01828- JAD-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT FIRSTLINE ENVIRONMENTAL SOLUTIONS, LLC dba TEN WEST ENVIRONMENTAL SOLUTIONS TO RESPOND TO ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY'S COMPLAINT IN INTERPLEADER**

**(FIRST REQUEST)**



HOWARD & HOWARD ATTORNEYS PLLC

Defendant Firstline Environmental Solutions, LLC dba Ten West Environmental Solutions ("Defendant") and Plaintiff Endurance American Specialty Insurance Company ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree as follows:

Defendant shall have an extension of time until and including **August 18, 2026**, in which to file its Answer or other responsive pleading to Plaintiff's Complaint in Interpleader ("Complaint").

Good cause exists for the requested extension. Defendant recently retained counsel and requires additional time to investigate and evaluate the insurance coverage issues raised by the Complaint, assess the factual and legal issues implicated by the interpleader action, and determine whether any claims or parties should be joined pursuant to Rules 13, 19, and/or 20 of the Federal Rules of Civil Procedure. The parties have also begun discussions regarding the matters at issue and whether an informal resolution may be possible. The requested extension will permit Defendant to adequately evaluate those issues and prepare an informed responsive pleading.

This is Defendant's first request for an extension of time to respond to the Complaint. The request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

DATED this 17th day of July, 2026.

HOWARD & HOWARD ATTORNEYS PLLC

By: *<u>/s/ John J. Savage</u>*
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Firstline Environmental Solutions, LLC dba Ten West Environmental Solutions*

DATED this 17th day of July, 2026.

HEROLD & SAGER

By: *<u>/s/ Andrew D. Herold</u>*
Andrew D. Herold, Esq.
Nevada Bar No. 7378
550 Second Street, Suite 200
Encinitas, CA 92024
*Attorneys for Plaintiff*
*Endurance American Specialty Insurance Company*

**IT IS SO ORDERED.**

[signature]
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2026