ANDREW D. HEROLD, ESQ., Nevada Bar No. 7378
aherold@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1064

Attorneys for Plaintiff ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

CODY JAMES HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; MERSADIE NICOLE HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; JESSIE NICOLE HARDY, a minor child, by and through her parent and guardian, MERSADIE NICOLE HARDY; CRUE JAMES HARDY, a minor child, by and through his parent and guardian, MERSADIE NICOLE HARDY; HARPER LYNN HARDY, a minor child, by and through her parent and guardian MERSADIE NICOLE HARDY; HR SERVICES, LLC, a Nevada limited liability company; HR TRANSPORTATION LLC, a Nevada limited liability company; FIRSTLINE ENVIRONMENTAL SOLUTIONS, LLC, dba TEN WEST ENVIRONMENTAL SOLUTIONS, an Arizona limited liability company; LUDOVIC FLEAN GUIRO, an individual; and DOES 1-10,

Defendants.

CASE NO. 2:26-cv-01828-JAD-EJY

**ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY'S MOTION REQUESTING SCHEDULING CONFERENCE FOR INTERPLEADER PURSUANT TO LR 22-1**

Plaintiff-in-Interpleader Endurance American Specialty Insurance Company ("Endurance") hereby respectfully requests that this Court set a scheduling conference for this interpleader action pursuant to Local Rules of Practice of the United States District Court for the District of Nevada ("Local Rule") 22-1.

## I. INTRODUCTION

On June 16, 2026, Endurance filed its Complaint in Interpleader in this action. (ECF No. 1 (hereinafter "Complaint").[1]) This interpleader action arises out of multiple adverse and diverse claimants seeking entitlement to Endurance's $1 million policy limits, and Endurance is unable to determine which claimants are entitled to payment, either partially or fully, from the limits of the policy. (*Id.*, ¶¶ 1, 35.) Endurance brings the instant motion pursuant to Local Rule 22-1, which requires plaintiffs in interpleader actions to file a motion requesting that the Court set a scheduling conference within 30 days of the date when the first defendant appears in the action.

## II. FACTUAL BACKGROUND

### A. <u>The Endurance Policy</u>

Endurance issued Commercial Excess Liability policy no. EXT30078497100, effective from February 1, 2025 to February 1, 2026 (the "Endurance Policy") to "HR Services LLC & HR Transportation LLC" (collectively, "HR"). (*Id.*, ¶ 16.) The Endurance Policy provides for limits of $1 million each occurrence and $1 million general aggregate. (*Id.*) The Endurance Policy provides, in relevant part, that Endurance will pay on behalf of the insured the amount of loss covered by this insurance in excess of the underlying limits of insurance subject to the Limits of Insurance section. (*Id.*, ¶ 18.)

### B. <u>The Claims to Endurance's Policy Limits</u>

Endurance is informed and believes that defendant Firstline Environmental Solutions, LLC, dba Ten West Environmental Solutions ("Ten West"), identified as the "Remediation Claimant" in

///

[1] All references to "ECF No." are to the numbers assigned to the documents filed in this action as they appear on the docket maintained by the clerk of the court.

Endurance's Complaint, asserts that it is entitled to payment for amounts it incurred for cleaning up and/or remediating an oil spill from the limits of insurance that Endurance interpleads. (*Id.*, ¶ 7.)

Further, on July 16, 2026, defendants Cody James Hardy, individually and as personal representative of the Estate of Case Samuel Hardy and the Estate of Emmie Faye Hardy; Mersadie Nicole Hardy, individually and as statutory heir of Case Samuel Hardy (deceased) and Emmie Faye Hardy (deceased); Jessie Nicole Hardy, a minor child, by and through her parent and guardian, Mersadie Nicole Hardy; Crue James Hardy, a minor child, by and through his parent and guardian, Mersadie Nicole Hardy; and Harper Lynn Hardy, a minor child, by and through her parent and guardian, Mersadie Nicole Hardy, who are identified as "Personal Injury Claimants" in the Complaint, filed an Answer to Endurance's Complaint. (*See* ECF No. 1, ¶¶ 8-12; *see also* ECF No. 22.) The Personal Injury Claimants admit in their Answer, among other things, that they assert entitlement to payment from the limits of the Endurance Policy. (*See* ECF No. 22, ¶ 2.)

**C. <u>This Action's Procedural History</u>**

Endurance filed its Complaint in this action on June 16, 2026. (*See* ECF No. 1.) On July 16, 2026, the Personal Injury Claimants filed an Answer and Cross-Complaint against Ten West. (*See* ECF No. 22.) On July 20, 2026, the Court entered a Stipulation and Order granting defendant Firstline Environmental Solutions, LLC dba Ten West Environmental Solutions ("Ten West") an extension to respond to Endurance's Complaint. (*See* ECF No. 27.) On August 14, 2026, pursuant to Local Rule 67-1 and Federal Rule of Civil Procedure 67(a), Endurance filed an Application for Leave to Deposit Funds Into Court Registry ("Endurance's Application"), seeking an order from the Court to deposit the $1 million policy limit into the Court's registry. (*See* ECF No. 28.) Endurance's Application is currently pending.

Further, defendants HR Transportation LLC and HR Services LLC were served on June 26, 2026. (*See* ECF Nos. 19 and 20.) As of the filing of this motion, neither defendant has filed a responsive pleading.

///

///

///

## III. LEGAL STANDARD

Local Rule 22-1 provides:

> In all interpleader actions, the plaintiff must file a motion requesting that the court set a scheduling conference. The motion must be filed within 30 days after the first defendant answers or otherwise appears. At the scheduling conference, the plaintiff must advise the court about the status of service on all defendants who have not appeared. In addition, the court and parties will develop a briefing schedule or discovery plan and scheduling order for resolving the parties' competing claims. If the plaintiff fails to prosecute the interpleader action by failing to file the motion required by this rule, the court may dismiss the action. No discharge will be granted and no plaintiff will be dismissed before the scheduling conference takes place.

*See* LR 22-1.

## IV. ARGUMENT

### A. <u>This Court Should Set a Scheduling Conference</u>

On July 16, 2026, the Personal Injury Claimants first appeared in this action by filing an Answer and Cross-Complaint, which triggered the August 17, 2026 deadline under Local Rule 22-1 for Endurance to file a motion requesting the Court set a scheduling conference. Accordingly, Endurance hereby timely requests that the Court set a scheduling conference for this interpleader action. Pursuant to Local Rule 22-1, after the scheduling conference takes place, Endurance will then move the Court for Endurance's discharge from any further liability relating in any way to the limits of insurance under the Endurance Policy, as well as for the further relief sought in Endurance's Complaint.

### B. <u>This Court Should Issue an Order Permitting Endurance to Deposit the Res into the Court's Registry</u>

In addition, for the reasons more fully set forth in Endurance's Application (ECF No. 28), Endurance further requests that the Court issue an order permitting Endurance to deposit the $1 million limits of the Endurance Policy into the Court's registry.

///

///

///

///

## V. CONCLUSION

For the foregoing reasons, Endurance respectfully requests that this Court:

1. Set a scheduling conference for this interpleader action pursuant to Local Rule 22-1;
2. Issue an order permitting Endurance to deposit the $1 million limits of the Endurance Policy into the Court's registry (ECF No. 28); and
3. Award Endurance any other relief as the Court deems just and proper.

DATED: August 14, 2026

HEROLD & SAGER

By: */s/ Andrew D. Herold*

Andrew D. Herold, Esq., NV Bar No. 7378
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1064
Email: aherold@heroldsagerlaw.com

Attorney for Plaintiff ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2026