Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: jwf@h2law.com
Email: jjs@h2law.com

Newton W. Kellam, Esq.
*Pro Hac Vice*
KELLAM LAW CORPORATION
500 N. State College Blvd.
Suite #1100
Orange, CA 92868
Tel. (714) 919-4275
Email: Newt@kellam-law.com

*Attorneys for Defendant*
*Firstline Environmental Solutions, LLC dba*
*Ten West Environmental Solutions*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CODY JAMES HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; MERSADIE NICOLE HARDY, individually, and as personal representative of the ESTATE OF CASE SAMUEL HARDY and the ESTATE OF EMMIE FAYE HARDY; JESSIE NICOLE HARDY, a minor child, by and through her parent and guardian, MERSADIE NICOLE HARDY; CRUE JAMES HARDY, a minor child, by and through his parent and guardian, MERSADIE NICOLE HARDY; HARPER LYNN HARDY, a minor child, by and through her parent and guardian MERSADIE NICOLE HARDY; HR SERVICES LLC, a Nevada limited liability company; HR TRANSPORTATION LLC, a Nevada limited liability company; FIRSTLINE ENVIRONMENTAL SOLUTIONS, LLC, | Case No. 2:26-cv-01828-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME ORDERED UNDER ECF NO. 41 TO FILE CERTIFICATE OF INTERESTED PARTIES**<br><br>**(FIRST REQUEST)** |



HOWARD & HOWARD ATTORNEYS PLLC

dba TEN WEST ENVIRONMENTAL SOLUTIONS, an Arizona limited liability company; LUDOVIC FLEAN GUIRO, an individual; and DOES 1-10,

Defendants.

On August 28, 2026, via Minute Order in Chambers [ECF No. 41], the Court struck the Certificates of Interested Parties filed by Endurance American Specialty Insurance Company ("Endurance") [ECF No. 2], Firstline Environmental Solutions, LLC dba Ten West Environmental Solutions ("Firstline") [ECF No. 26], and HR Services LLC and HR Transportation LLC (collectively "HR") [ECF No. 39] and ordered these parties have five days to file new certificates that comply with Federal Rule of Civil Procedure 7.1.

Endurance, Firstline, HR, and the individual defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

Firstline and HR shall have an extension of time until and including **September 9, 2026**, in which to file their corrected Certificates of Interested Parties.

Good cause exists for the requested extension. The parent companies of Firstline and HR each have numerous members and additional time is needed for these parties to confirm the citizenship of each and every member. The requested extension will permit Firstline and HR to prepare accurate Certificates of Interested Parties.

This is Firstline and HR's first request for an extension of time to file Certificates of Interested Parties. The request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

DATED this 2nd day of September, 2026.

HOWARD & HOWARD ATTORNEYS PLLC

By: *_/s/ John Savage_*
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John J. Savage, Esq.
Nevada Bar No. 11455
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

Newton W. Kellam, Esq.

DATED this 2nd day of September, 2026.

HEROLD & SAGER

By: *_/s/ Andrew Herold_*
Andrew D. Herold, Esq.
Nevada Bar No. 7378
550 Second Street, Suite 200
Encinitas, CA 92024

*Attorneys for Plaintiff Endurance American Specialty Insurance Company*



HOWARD & HOWARD ATTORNEYS PLLC

*Pro Hac Vice*
KELLAM LAW CORPORATION
500 N. State College Blvd.
Suite #1100
Orange, CA 92868

*Attorneys for Defendant Firstline Environmental Solutions, LLC dba Ten West Environmental Solutions*

DATED this 2nd day of September, 2026.

PYATT SILVESTRI

By: /s/ James Silvestri
James P.C. Silvestri, Esq.
Nevada Bar No. 3603
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128

*Attorneys for Defendants HR Services LLC, HR Transportation LLC, and Ludovic Flean Guiro*

DATED this 2nd day of September, 2026.

THE COTTLE FIRM

By: /s/ Matthew Holland
Robert W. Cottle, Esq.
Nevada Bar No. 4576
Matthew G. Holland, Esq.
Nevada Bar No. 10370
8635 South Eastern Avenue
Las Vegas, Nevada 89123

*Attorneys for Defendants/Cross Claimants Cody James Hardy, individually, and as personal representative of the Estate of Case Samuel Hardy and the Estate of Emmie Faye Hardy; Mersadie Nicole Hardy, individually, and as personal representative of the Estate of Case Samuel Hardy and the Estate of Emmie Faye Hardy; Jessie Nicole Hardy, a minor child, by and through her parent and guardian, Mersadie Nicole Hardy;* Crue James Hardy**,** *a minor child, by and through his parent and guardian, Mersadie Nicole Hardy; Harper Lynn Hardy, a minor child, by and through her parent and guardian Mersadie Nicole Hardy*

**IT IS SO ORDERED.**

______________________________
DISTRICT JUDGE

DATED: 9/9/2026

HOWARD & HOWARD ATTORNEYS PLLC